UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GEORGE W. WILSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:24-CV-96-CCB-SLC |
| RON NEIL, et al. | |
| Defendants. | |

ORDER

George W. Wilson, a prisoner without a lawyer, was granted leave to proceed in forma pauperis on February 6, 2024, and ordered to pay an initial partial filing fee. ECF 3. He did not pay and was ordered to show cause by May 2, 2024. ECF 5. He was cautioned that, if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed, and he has not responded.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on May 17, 2024.

s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT