AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GEORGE W WILSON
*also known as*
George Wilson
    Plaintiff

      v.

RON NEIL, *Warden of Indiana State Prison (ISP)*

PAMELA BANE, *Unit Team Manager of "I" Cellhouse (ICH)*

RICHARD ARNOLD, *Sargent, Correctional Officer at ISP*

ANDREW BAUER, *Correctional Officer of the Indiana Department of Corrections, Sargent (Sgt.)*

ANDREW LAGUNAS, *Correctional Officer of the Indiana Department of Corrections, Sargent (Sgt.)*

VENCENT MCCORMICK, *Correctional Officer of the Indiana Department of Corrections, Lieutenant (Lt.) also known as*
Vincent McCormick

NANCY MARTHAKIS, *Medical Doctor at ISP*

ALISHA WINN, *Correctional Officer of the Indiana Department of Correction, Leutenant*

MARSHALL SANDERS, *Correctional Officer of the Indiana Department of Correction, Prison Guard at ISP*
    Defendants

Civil Action No. 3:24-cv-96

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐   the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Cristal C Brisco.


DATE:   5/20/2024                              CHANDA J. BERTA, CLERK OF COURT
                                                                by       s/N. Corle
                                                                   *Signature of Clerk or Deputy Clerk*